**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**MICHAEL J. MCCRANIE,**

**Plaintiff,**

**vs.**                                                                 **Case No.: 3:08-cv-288-J-16HTS**

**DEPARTMENT OF THE TREASURY -**
**INTERNAL REVENUE SERVICE; R.A.**
**MITCHELL; and, M. RANKIN,**

**Defendants.**

_____/

## ORDER

Pending before this Court is Defendants' Motion to Dismiss (Dkt. 7). Defendants move to dismiss this action in accordance with Rules 12(b)(1), 12(b)(4), 12(b)(5) and 12(b)(6) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction, insufficiency of process and service of process, and failure to state a claim upon which relief can be granted. The time to respond to the Motion to Dismiss has passed without Plaintiff, who is proceeding *pro se*, filing a response. On May 23, 2008, the Court ordered Plaintiff to respond and informed him that in the absence of a response the Court would deem the Motion to Dismiss unopposed. See Dkt. 8.

On February 5, 2008, Plaintiff initiated suit by filing a "Complaint for Lien to be Vacated and Canceled of Record" in the County Court, of the Third Judicial Circuit, in and for Columbia County, Florida. See Michael J. McCranie v. Dept. of Treasury, Internal Revenue Service, *et al.*, Civil Action No. 08000175CC. In the Complaint, Plaintiff attempts to discharge federal tax liens issued against his property. On March 20, 2008, the United States of America timely removed this action to this Court.

In light of the overwhelmingly persuasive arguments set forth by Defendants in the Motion to Dismiss and Plaintiff's failure to respond, the Court finds that the Motion to Dismiss should be granted. Accordingly, it is **ORDERED** that the Motion to Dismiss (Dkt. 7) is **GRANTED**. **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment of dismissal with prejudice and **CLOSE** this case.

**DONE and ORDERED** from Chambers in Jacksonville, Florida on this 17th day of July 2008.

Copies to:

Counsel of Record
*Pro se*, Plaintiff

_____
JOHN H. MOORE II
United States District Judge